

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Mark Almeida,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 14-206<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

    Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __4/24/14__, ____, at __1:00__ ☐ a.m. / ☒ p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __~~20 Roybal, 3rd Floor~~__.
    ~~255 E. Spring St., LA, CA 90012~~

    Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
    (Other custodial officer)

Dated: __4/21/14__     _____
                                   U.S. District Judge/Magistrate Judge